IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITIGATION _____/ This Document Relates To: ALL ACTIONS _____/ | No. C 07-00643 WHA  Related to:  No. C 07-01266 WHA No. C 07-01978 WHA  **ORDER OF DISMISSAL** |

The Court has received plaintiffs' response to the order dated October 10, 2007, and accompanying declarations. Plaintiffs' plan for giving notice to potential class members is sufficient. Moreover, the accompanying declarations demonstrate that plaintiffs have already carried out their plan. Per parties' request, the above-captioned actions are **DISMISSED**.

**IT IS SO ORDERED.**

Dated: October 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE